UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CLAUDIO,

        Plaintiff,

-v-

        CIVIL ACTION NO.: 21 Civ. 4580 (ALC) (SLC)

**ORDER**

RUBEN ORTIZ and SHAQUELL ORTIZ,

        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On June 9, 2022, the Court directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("26(f) Report and PCMP"), via ECF, signed by counsel for each party, no later than one week (seven (7) calendar days) before the telephonic initial case management conference scheduled for July 20, 2022, _i.e._, by June 13, 2022. (ECF No. 13). The parties failed, however, to file the 26(f) Report and PCMP by the deadline or to request an extension of time to do so. As a one-time courtesy, the Court _sua sponte_ extends this deadline, and directs the parties to file the 26(f) Report and PCMP by **July 18, 2022**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:    New York, New York
             July 14, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**